**Order filed January 5, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00055-CV
_____

**DIANA RUTH LOVELL, Appellant**
**V.**
**CHRISTOPHER WELDON MARTIN, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-18060**

---

_____

## NO. 14-11-01048-CV
_____

**IN RE CHRISTOPHER WELDON MARTIN, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**

---

## O R D E R

On January 18, 2011, Diana Ruth Lovell filed a notice of appeal from the trial court's order signed November 2, 2010. That appeal was assigned to this court under our appellate case number 14-11-00055-CV. On December 7, 2011, Christopher Weldon Martin filed a petition for writ of mandamus asking this court to (1) order the trial court to

rule on certain motions, or (2) expedite the appeal.  The original proceeding has been assigned our case number 14-11-01048-CV.

Today, the court, on its own motion, orders that the petition for writ of mandamus be considered with the appeal.  The cases are scheduled for oral argument on **February 14, 2012, at 1:30 p.m.**  The parties shall have fifteen minutes per side for argument in the consolidated cases, with appellant/relator reserving any time desired for rebuttal.

The court further requests the real party in interest in case number 14-11-01048-CV, who is the appellant in appeal number 14-11-00055-CV, to file a response to the petition for writ of mandamus.  The response is due on or before **January 27, 2012.**

PER CURIAM

2